IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| VS.  ) | |
| ) | |
| JEFFREY TODD HOWARD, UNITED  ) | CIVIL ACTION NO. |
| STATES OF AMERICA, on behalf of the  ) | |
| Secretary of Housing and Urban  ) | 3:25-CV-1696-G-BW |
| Development, and CITY OF DESOTO,  ) | |
| TEXAS,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should dismiss this lawsuit for lack of subject matter jurisdiction. *See* docket entry 6.

The plaintiff Lakeview Loan Servicing, LLC ("Lakeview") filed objections. *See* docket entry 7. Lakeview then moved to dismiss its claims for lack of subject matter jurisdiction, overriding its objections. *See* docket entry 22. In the interim, the defendant Jeffrey Todd Howard appeared and, on October 2, 2025, filed motions to appoint counsel, to dismiss, and to transfer venue. *See* docket entries 16, 17, 18.

      The District Court recognizes that Lakeview has withdrawn its objections, and it reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (docket entry 6) and **GRANTS** Lakeview's motion to dismiss (docket entry 22). All other motions (docket entries 16, 17, 18) are **DENIED** as moot.

      **SO ORDERED**.

November 13, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**